

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00332-CV

**In re GEICO Advantage Insurance Company**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On May 26, 2016, Relator filed a petition for writ of mandamus. The respondent and the real-party-in-interest both filed responses. The court has considered relator's petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 25, 2016.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CV05805, styled *In re GEICO Advantage Ins. Co.*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Walden Shelton presiding.